IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **WILLIAM M. ALLEN,**<br><br>Petitioner,<br><br>v.<br><br>**M. MARTEL, Warden,**<br><br>Respondent. | C 10-4516 CW (PR)<br><br>**ORDER GRANTING FIRST ENLARGEMENT OF TIME TO FILE ANSWER** |

GOOD CAUSE APPEARING, it is hereby ordered that respondent is granted an enlargement of time, to and including October 26, 2012, to file an answer to the petition for writ of habeas corpus. **Petitioner shall file a traverse to the answer no later than fifty-six (56) days from the date he is served with the answer.**

Dated: 8/24/2012

The Honorable Claudia Wilken
United States District Judge

1

[Proposed] Order – *Allen v. Martel* - (C 10-4516 CW (PR))