United States District Court

Northern District of California

WILLIAM M. ALLEN,

    Petitioner,

    v.

M. MARTEL, Warden,

    Respondent.

Case No. C 10-4516 CW (PR)

ORDER GRANTING EXTENSTION OF TIME TO FILE TRAVERSE

(Docket no. 15)

Petitioner, a state prisoner, filed this pro se petition for a writ of habeas corpus. The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse. Respondent has filed an answer. Petitioner now moves for an extension of time to file a traverse.

Good cause appearing, the request is GRANTED. Petitioner shall file his traverse by no later than January 21, 2013. If no traverse is filed by that date, the petition will be deemed submitted and ready for decision.

This Order terminates Docket no. 15.

IT IS SO ORDERED.

Dated: 12/13/2012

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE