United States District Court

Northern District of California

WILLIAM M. ALLEN,

    Petitioner,

    v.

M. MARTEL, Warden,

    Respondent.

Case No. C 10-4516 CW (PR)

ORDER GRANTING EXTENSTION OF TIME TO FILE TRAVERSE

(Docket no. 15)

    Petitioner, a state prisoner, filed this <u>pro se</u> petition for a writ of habeas corpus.  The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse.  Respondent has filed an answer.  Petitioner now moves for an extension of time to file a traverse.

    Good cause appearing, the request is GRANTED.  Petitioner shall file his traverse by no later than <u>January 21, 2013</u>.  If no traverse is filed by that date, the petition will be deemed submitted and ready for decision.

    This Order terminates Docket no. 15.

    IT IS SO ORDERED.

Dated: 12/13/2012

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE