IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM M. ALLEN,

       Petitioner,

   v.

JOE LIZARRAGA, Acting Warden,

      Respondent.

No. C 10-4516 CW (PR)

JUDGMENT

    For the reasons stated in the Court's Order Denying the Petition for a Writ of Habeas Corpus, judgment is hereby entered in favor of Respondent.  Each party shall bear his own costs.

    The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

Dated:  September 26, 2014

CLAUDIA WILKEN
United States District Judge